# CATHARINE BARRY *et al.*

*v.*

# ELLEN MACKEY.

PLEADING—*declaration—sufficiency to sustain verdict.* Where a portion of the counts in a declaration are good, that will be sufficient to sustain a verdict for the plaintiff.

APPEAL from the Circuit Court of Livingston county; the Hon. CHARLES H. WOOD, Judge, presiding.

Mr. CHARLES J. BEATTIE, for the appellants.

Mr. L. E. PAYSON, for the appellee.

Per CURIAM: No demurrer was interposed to the declaration in this case, and as two counts of the declaration were good, they support the verdict. The proof was contradictory, and not of such a character as to justify us in setting aside the verdict.

The judgment must be affirmed.

*Judgment affirmed.*